**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

**-vs-**                        **Case No. 6:05-cv-259-Orl-31DAB**

**EDWIN R. MANN, CITY OF ORLANDO,**
**and JOHN SMITH, unknown supervisor or**
**Supervisors at the Orlando Police**
**Department,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF JANE DOE'S AMENDED MOTION TO ABATE ALL PROCEEDINGS OR IN THE ALTERNATIVE MOTION TO COMPEL DEFENDANT MANN'S RESPONSE TO DEPOSITION QUESTIONS (Doc. No. 45)**
>
> **FILED:** October 18, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** insofar as it seeks a stay of this case.

The parties are **ORDERED** to file a status report by December 15, 2005, and every 30 days thereafter regarding Mr. Mann's appeal. A new schedule will be established for the case at a later date.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Defendant Edwin R. Mann