# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANE DOE,**

**Plaintiff,**

**-vs-**                                        **Case No.  6:05-cv-259-Orl-31DAB**

**EDWIN R. MANN, CITY OF ORLANDO, and JOHN SMITH, unknown supervisor or Supervisors at the Orlando Police Department,**

**Defendants.**

_____

# ORDER

This cause came on for consideration concerning Plaintiff's Motion to Compel appearance at Deposition by Alan Grieco, Ph.D. (Doc. No. 66).  From the Certificate of Service, it does not appear that Plaintiff has served the Motion on Dr. Grieco; therefore, it is **ORDERED** that Plaintiff serve the Motion and a copy of this Order on Dr. Grieco forthwith by **hand delivery**.  The witness is advised that, if he wishes to have the Court consider his position with respect to the motion, he must file an appropriate response (either personally or by counsel) no later than September 1, 2006.

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2006.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Dr. Alan Grieco