**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:05-cv-259-Orl-31DAB**

**EDWIN R. MANN, CITY OF ORLANDO,**
**and JOHN SMITH, unknown supervisor or**
**Supervisors at the Orlando Police**
**Department,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Defendant City of Orlando's Motion for Judgment on the Pleadings (Doc. No. 63) filed July 12, 2006.

On October 5, 2006, the United States Magistrate Judge issued a report (Doc. No. 80) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant City of Orlando's Motion for Judgment on the Pleadings is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of October, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE