**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:05-cv-259-Orl-31DAB**

**EDWIN R. MANN, CITY OF ORLANDO,**
**and JOHN SMITH, unknown supervisor or**
**Supervisors at the Orlando Police**
**Department,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF JANE DOE'S MOTION FOR SANCTIONS (Doc. No. 83)**
>
> **FILED:** October 13, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

As is clear from the transcript of the October 6, 2006 hearing, Defendants' counsel (possibly erroneously) believed the deposition of the City's Rule 30(b)(6) representative had been rescheduled to November 2, 2006, and Plaintiff's counsel agreed on the record that the Rule 30(b)(6) deposition was set for November 2, 2006. *See* Doc. No. 89-2 at 3. Thus, sanctions are inappropriate at this time, but the Motion may be reasserted if the City's representative does not appear and cooperate fully at the deposition on November 2, 2006.

Plaintiff's concerns regarding the impact of the City's less than full participation on Plaintiff's discovery are well-taken. It is **ORDERED** that Plaintiff's expert disclosure deadline is extended until December 1, 2006[1] and the parties' discovery deadline is extended until December 15, 2206 exclusively for the purpose of deposing the parties' respective experts. The dispositive motions deadline remains January 2, 2007.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Defendants' expert disclosure deadline remains November 1, 2006.