**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE**

        **Plaintiff,**

**-vs-**

**EDWIN R. MANN,**                     Case No. 6:05-cv-259-Orl-31DAB

        **Defendant.**

_____

**ORDER**

This cause comes before the Court after an Evidentiary Hearing on Plaintiff's Entitlement To Damages, which was held before United States Magistrate Judge Baker on June 14, 2007.[1]

On June 21, 2001, Judge Baker issued a report (Doc. 169) recommending that judgment be entered in Plaintiff's favor in the amount of $1,106,000.00. No objections have been filed. Therefore, it is

**ORDERED** that the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order. The Clerk is directed to enter final judgment against Defendant Edwin Mann in the amount of $1,106,000.00 and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 10, 2007.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] This hearing was held pursuant to this Court's Order of February 22, 2007 (Doc. 152) granting Plaintiff's motion for default judgment and referring the matter to the Magistrate Judge for determination of damages.