**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

**-vs-**                                           **Case No.  6:05-cv-259-Orl-31DAB**

**EDWIN R. MANN ,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on Motion for Attorney's Fees (Doc. No. 174) filed July 25, 2007.

On October 16, 2007, the United States Magistrate Judge issued a report (Doc. No. 181) recommending that the motion be granted (in part). No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Attorney's Fees is GRANTED (in part).  Plaintiff is awarded $81,433.75 in attorney's fees, and the Clerk is directed to enter an amended judgment accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 5th day of November, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE